**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Gregory Norman Wampler
Lemoine & Wampler
607 Main St.
Pineville LA 71360

**REHEARING ACTION: June 7, 2017**

**Docket Number: 16   00641-CA**

**MISTY LUNEAU NOLAND**
**VERSUS**
**RYAN MICHAEL NOLAND**

**Appealed from Rapides Parish Case No. 232,274**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Billy Howard Ezell**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Misty Luneau Noland** has this day been

   **DENIED.**
   Ezell, J., would grant the rehearing as to the restrictions and allow
   mover's answer to be heard.

cc: Bradford Hyde Felder, Counsel for the Appellant